**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL PATTON,<br><br>            Petitioner,<br><br>    v.<br><br>DEBRA ASUNCION, Warden,<br><br>            Respondent. | Case No. 16-8347 CJC (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

\\

1    **IT IS ORDERED** that the Petition is denied and Judgment shall
2    be entered dismissing this action without prejudice.

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5    Order and the Judgment herein on Petitioner at his address of
6    record.

8    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

10   DATED:   March 6, 2017

                                            _____
                                            CORMAC J. CARNEY
                                            UNITED STATES DISTRICT JUDGE