JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL PATTON, | Case No. 16-8347 CJC (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DEBRA ASUNCION, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  March 6, 2017

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE